| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 340 Biscayne Owner LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (If known): | 21-17203 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Bank Puerto Rico D/B/A First Bank Florida 9795 South Dixie Highway Miami, FL, 33156 | | Paycheck Protection Program | Disputed Unliquidated Contingent | | | 989,219.00 |
| 2 | Bilzin Sumberg 1450 Brickell Avenue, 23rd Floor Miami, FL, 33131 | | | | | | 0.00 |
| 3 | Holiday Hospitality Franchising, LLC Three Ravinia Drive Suite 100 Atlanta, GA, 30346 | | | | | | Unknown |
| 4 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA, 19101 | | | | | | 0.00 |
| 5 | Florida Department of Revenue Mail Stop 3-2000 5050 W. Tennessee Street Tallahassee, FL, 32399-0112 | | | | | | 0.00 |
| 6 | Miami Dade Tax Collector 200 NW 2nd Avenu Miami, FL, 33128 | | | | | | Unknown |
| 7 | Florida Power & Light Company 700 Universe Boulevard North Palm Beach, FL, 33408 | | Utility Services | | | | Unknown |
| 8 | Aimbridge Hospitality Holdings LLC 5851 Legacy Circle Suite 400 Planto, TX, 75024 | | Hotel Operator | | | | Unknown |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    340 Biscayne Owner LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | KAWA 340 Biscayne LLC  21500 Biscayne Blvd  Suite 700  Miami, FL, 33180 | | Lease Financing Obligation (Monthly) | Disputed Unliquidated Contingent | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |