**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                       **Case No.: 21-17203**

**340 BISCAYNE OWNER LLC**                                   **Chapter 11**

     **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Undersigned counsel hereby files his appearance as counsel for AGUAMARINE SERVICES CORP., BH DOWNTOWN MIAMI, LLC, GILBERTO BOMENY and LILIAN DE MELLO BOMENY in connection with the above matter and in accordance with Fed. R. Bankr. P. 2002, and requests that all parties and interested parties serve copies of any and all motions, pleadings, reports, and/or documents of any kind or nature filed in these proceedings, upon the undersigned.

In addition, it is respectfully requested that pursuant to Fed. R. Bankr. P. 2002(g), the following should be added to the Court's Mailing Matrix:

Geoffrey S. Aaronson, Esq.
Florida Bar No. 349623
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 3450
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
E-Mail: gaaronson@aspalaw.com
Secondary E-mail: lbenavides@aspalaw.com

//

//

        Respectfully submitted,
**Aaronson Schantz Beiley P.A**

s/Geoffrey S Aaronson
Geoffrey S Aaronson, Esq.
Fla Bar No.: 349623
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 3450
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
gaaronson@aspalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be furnished through the Court's CM/ECF system on August 30, 2021 via e-mail to all CM/ECF electronic notice parties of record.

        s/Geoffrey S Aaronson
        Geoffrey S Aaronson